IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TREVIS TYRELL SISTRUNK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:10-CV-816-WKW |
| | ) |
| DAVID M. VEASEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 16, 2010, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2. Plaintiff's claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE this 6th day of December, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE